**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-4455

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

   v.

RASHON CURTIS TORRENCE,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cr-00113-DJN-1)

Submitted:     May 20, 2024                Decided:  June 21, 2024

Before AGEE, QUATTLEBAUM and TRAXLER, Circuit Judges.

Affirmed by unpublished opinion.

**ON BRIEF:**  Melissa J. Warner, LAW OFFICE OF MELISSA J. WARNER, Glen Allen, Virginia, for Appellant.  Jessica D. Aber, United States Attorney, Jessica L. Wright, Assistant United States Attorney, Richmond, Virginia, Vetan Kapoor, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashon Torrence was convicted by a jury of being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). The district court imposed a sentence of 120 months' imprisonment.

On appeal, Torrence argues that: (1) the district court erred by admitting evidence of the drugs found on his person when he was arrested; (2) there is insufficient evidence to support his conviction; and (3) the district court erroneously applied the reckless endangerment enhancement, U.S.S.G. § 3C1.2, when determining his applicable Guidelines range.

We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*